```
           UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA

                     AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                Criminal No. 2:05-00180

**JAMES GOOSLIN**

## MEMORANDUM OPINION AND ORDER

The court notes the filing by movant James Gooslin of an "AFFIDAVIT" on January 29, 2013. In his affidavit, the movant seeks to be released from incarceration based upon what appears to be an alleged due process deprivation.

The movant has previously sought relief pursuant to 28 U.S.C. § 2255. On April 23, 2013, the court of appeals denied the movant's request to file a second or successive application for relief under section 2255.

It is, accordingly, ORDERED that the relief sought in the AFFIDAVIT be, and hereby is, denied for lack of jurisdiction. It is further ORDERED that the Clerk be, and hereby is, ORDERED to lodge under seal the copy mailed to chambers of what appears to be a petition for <u>certiorari</u> inasmuch as it contains confidential medical records.

The Clerk is directed to forward copies of this written opinion and order to the movant and all counsel of record.

DATED: May 1, 2013

John T. Copenhaver, Jr.
United States District Judge